AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case: 1:21-mj-00027<br>)  Assigned to: Judge Meriweather, Robin M<br>)  Assign Date: 1/11/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

*Code Section*          *Offense Description*

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: _____

_____
*Judge's signature*

City and state: _____                Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*