UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| v.                             ) | No.    21-cr-29 (TSC) |
| HUNTER EHMKE,                  ) | |
| ) | |
| Defendant.                ) | |
| ) | |

### NOTICE OF PRETRIAL VIOLATION AND REQUEST FOR HEARING

Mr. Hunter Ehmke, by and through his attorney, submits this statement to explain the recent pretrial violation report submitted to the Court. *See* ECF No. 17.

On October 9, 2021, Mr. Ehmke visited a gun range with a friend and practiced target shooting. On October 12, 2021, Mr. Ehmke's Pretrial Services Officer in California, Ms. Rudd, advised him that participating in that excursion violated condition 7(k) of his pretrial release conditions. *See* ECF No. 5. On the evening of October 12, 2021, D.C. Pretrial Services Officer, Ms. Valentine-Lewis, submitted a report noting the violation and recommending that the Court remove Mr. Ehmke from Pretrial Services' supervision. *See* ECF No. 17.

Undersigned spoke with Mr. Ehmke about the violation and submits that Mr. Ehmke did not understand that possession of a firearm encompasses more than just owning a firearm. He was not aware, prior to this violation, that handling a firearm is the same as possessing a firearm, a prohibited action under the terms of his release. That has now been fully clarified and Mr. Ehmke has indicated he understands. Going forward, Mr. Ehmke recognizes he is not to possess a firearm, either through ownership, handling, or constructive possession.

Undersigned spoke with Assistant United States' Attorney, Dineen Baker, who conveyed she understands Mr. Ehmke's violation was unintentional and she does not plan to file a motion

1

to revoke his release.  Instead, Ms. Baker and undersigned ask the Court to set a video hearing for Mr. Ehmke, where the Court can clarify the perimeters of his pretrial release conditions and inquire as to his understanding of those terms.  Mr. Ehmke has been on pretrial release with GPS monitoring since his arrest in January 2021.  To date, this is his only violation.  *See* ECF No. 9, 13, 14.  For these reasons, undersigned asks the Court to refrain from removing him from Pretrial Services' supervision.

WHEREFORE, Mr. Ehmke respectfully requests that the Court set a status hearing in this matter to clarify Mr. Ehmke's conditions of release, and also requests the Court refrain from revoking his release or removing him from Pretrial Services' supervision.

Respectfully submitted on behalf of the parties,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
cara_halverson@fd.org