**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | **Cr. No. 21-cr-29 (TSC)** |
| | : | |
| **HUNTER EHMKE,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

     Before the Court is a Notice of Pretrial Violation and Request for Hearing.  For the reasons set forth therein, it is hereby

     **ORDERED** that the parties appear a status hearing by video on October ___, 2021 at _____ a/p.m. to discuss and clarify Mr. Ehmke's pretrial conditions of release.

DATE:

                                   _____
                                   Judge Tanya S. Chutkan
                                   United States District Judge