UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   21-cr-29 (TSC) |
| **HUNTER EHMKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CONSENT MOTION TO CONTINUE SENTENCING

Mr. Hunter Ehmke, by and through his attorney, and with the consent of the United States Attorney for the District of Columbia and the U.S. Probation Office for the District of Columbia, hereby files this Motion to Continue Sentencing, currently scheduled for Wednesday, May 11, 2022. Due to a scheduling conflict, the parties propose a new sentencing date of Wednesday, May 18, 2022. As a basis for this request, the parties state the following:

On January 14, 2022, Mr. Ehmke pleaded guilty to Destruction of Government Property, in violation of 18 U.S.C. § 1361. The Court accepted Mr. Ehmke's plea and referred him to the U.S. Probation Office for a presentence investigation. The Court further ordered that sentencing memoranda be due by May 4, 2022, and set his sentencing for May 11, 2022 at 10:00 a.m. Due to Mr. Ehmke's vaccination status, the Court advised his sentencing would be held by video.

On March 31, 2022, the Federal Judicial Center announced it would be conducting a National Seminar for Federal Defenders. The planned dates of the seminar are May 10, 2022 to May 12, 2022.[1] Undersigned is registered to attend this seminar and as such, will not be available for the sentencing currently set for May 11, 2022.

Undersigned consulted with the government and the U.S. Probation Office and both

---

[1] See https://www.fd.org/training-events/federal-defender-programs/national-seminar-federal-defenders-3.

1

gave their consent to continue the sentencing for one week. It is understood by all the parties that the deadline for filing the Final Presentence Investigation Report and the sentencing memoranda will remain intact.

WHEREFORE, the parties respectfully request that the sentencing date in this matter, presently scheduled for May 11, 2022, be continued for one week, to May 18, 2022, or a date and time that is agreeable to the Court's schedule.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
cara_halverson@fd.org