Exhibit A

Faith Ehmke



Dear Honorable Judge Chutkan,

I am writing this letter to you about my brother, Hunter Ehmke. I am 18 years old and we are three years apart. Hunter and I have always been very different. I love and excel in school, I'm highly involved in ASB, and I play multiple sports. I have a large group of friends and live a very social life, whereas Hunter doesn't tend to surround himself with many friends. I would consider our family close, but growing up, Hunter and I didn't talk a lot or share much with each other.

Hunter is someone who never loved school. Because of him, I have realized that school really is not for everyone and there are different paths for success. I now have empathy for classmates who are in similar positions that he once was in. I believe the education system and the pressure to do well in school really set him up for low self esteem. He wanted to be finished with school as soon as he could. This made me sad for him because I saw him struggle, but I could not personally relate. I was very happy when he found a passion for traveling because it brought excitement to his life. It seemed that he finally had something to plan for and look forward to.

Hunter going to Washington DC wasn't anything out of the ordinary. It had become normal for Hunter to be looking forward to, and planning his next adventure. I always eagerly awaited his return so I could hear his stories. For one of the first times we really started to connect and bond through his experiences. I remember when he was planning this one he was excited that he found an AirBNB on Pennsylvania Ave., the same street as the White House. I didn't know anything about the rally and it was never a reason or topic of discussion for why he was going. I was at home on January 6, 2021 doing online school because of Covid. I remember being in the living room with my mom watching the crowds at the Capitol on the news. I was scared for Hunter because the crowd quickly turned into a mob and it was definitely an environment Hunter would not be comfortable in. My mom was trying to get in contact with Hunter for about an hour and he was not responding. Finally my mom's phone rang and it was him. I could sense the tone in her voice that she was not hearing good news. I overheard them talking about returning to his AirBNB, but because Hunter doesn't always give too many details, we really did not understand completely what happened that day. Things didn't make sense because we couldn't understand how he was tackled by the police for breaking a window, yet he was let off to return home. I assumed if they wanted to arrest him, they would have. There was an overall sense of confusion on what to do next and how to proceed.

The night of January 13, 2021 was the scariest night of my life. I was baking a cake with my boyfriend and we were hanging out in the living room. Everything happened so fast, yet I can remember every detail. I remember thinking there was an earthquake and the entire house was falling down due to loud noises and the banging at the front door. These are noises I had never heard before, and pray to God I never have to hear again. My dad came running down the stairs

to the front door to open it. At the door were law enforcement in full protective gear with guns drawn screaming for Hunter. I genuinely thought they were going to shoot my dad right in front of my eyes. I remember screaming, panicking, and crying for them to stop. I had no idea what was going on and all I could think about was, "is this really how I am going to die?" We all had guns pointed at us with no discussion of what was happening or why. My mom was put in handcuffs right in front of me for pulling out her phone and recording. I thought she was going to be taken to jail and I wasn't even going to get to say bye because if I even moved I feared I would be shot. We all had different agents guarding each of us at gunpoint, and I still can't get the sounds, and feeling like we were all going to die, out of my head. Till this day, knocks on the front door still trigger PTSD from that night. That experience was one I believe nobody should ever have to go through and I would not wish it upon my worst enemy.

Although I remember that night crystal clear, the hours and days to follow are a blur. The news cameras, helicopters, phone calls, social media posts, feelings of being locked in the house or feeling that I could not safely go home were very unsettling and took awhile for me to process and understand what was going on. I couldn't comprehend how this was all about my brother Hunter. He would do anything to keep the attention off him and he had never once been a bully or been destructive. This whole event was just so out of character for Hunter. I wholeheartedly believe that a mixture of adrenaline, mob mentality, and being in the wrong place at the wrong time were the reasons to blame for this, not his character.

In March of 2020 when Covid first hit and we were shut down, Hunter and I began to develop a closer relationship. He liked knowing we were all home and not busy running around like we usually were. Having us all home, he was a whole different brother. He was engaging with us, laughing, and talking so much to the point where I would actually get annoyed. I really did love it and I was happy that he wanted to be with my family more so than he had in years past.

My sister Jadeyn, Hunter, and I went to visit our cousin in Santa Barbara during this time. We had the best trip being all together. Hunter is a kind, funny, and smart person, but very few people actually get the chance to know Hunter. He is very loyal and protective to those that he loves. He always wants to know what, where, and who I am going with whenever I leave the house, and it actually amuses me how much he is concerned. Whenever someone picks up my little sister he will look out the window to see who she is going with and confirm with every family member that we all know where she is going and that everything will be okay. He really does have the biggest heart and he means well.

I can say that in the past year I have seen a huge change in Hunter. He is more engaged, on track, and alive than he has ever been. He prioritizes his schoolwork and tests in college. I've never seen him worry about his schoolwork before. Because I am an overachiever and was taking a college course during high school, we, without knowing it, signed up for the same Psychology class. It became a competition over who could get better test scores, and we even compared our professor's feedback on assignments. I can tell that he is proud when he gets an A on a paper or gets a good grade on a test. Hearing him strategize his assignments and manage his schoolwork is something new for us all. I am very proud of how far he has come.

We are all worried about the outcome of this for Hunter. I am nervous that Hunter won't be at my graduation, and he will miss hearing my graduation speech. It makes me sad that I might not get the chance to say bye as I leave for college. Although I selfishly fear the absence of my brother at these big milestones in my life, I'm mostly worried about what the outcome will do to my family, especially my parents. My mom and I were discussing it this week and I told her, "Mom, God already knows what is going to happen and it is out of our control." It's in His hands, and although we don't understand it now, I truly believe and trust that everything happens for a reason and this was meant to be in Hunter's path. We have already seen tremendous growth from him which I view as good that has come out of this. I pray about it and I know that whatever happens, God will protect him.

Thank you for this opportunity to share a little about my brother, Hunter, from my perspective.

Respectfully,

Faith Ehmke

Ed & Trisha Fortner



To Honorable Judge Tanya Chutkan~

Thank you for accepting our letter regarding Hunter Ehmke.

We are lifelong friends of Hunter's grandparents, first meeting in 1968 as new next door neighbors. We have known Hunter's mother Lisa, since her birth in 1972. We have watched Hunters parents, Lisa and Aaron raise Hunter and his two younger sisters, Faith and Jadeyn, in a supportive home environment, with his grandparents living literally next door. He is a loving son, brother, grandson and friend.

Since Hunter was young, we have observed him on every occasion as a sweet, kind and polite young person. He is extremely reserved, but observant and thoughtful. It seems that life has been challenging for him at times because of his quiet nature. He made a decision to venture out on his own, without a specific plan, to gain experience and become more independent. Definitely not within his comfort zone, but one to help him gain knowledge, and a new perspective of the world.

We feel confident that Hunter has grown from his experiences and will use the lessons he has learned so far in a constructive way. We look forward to seeing him enjoy a happy and productive future.

Sincerely,

Ed & Trisha Fortner



# Whitcomb High School
## "Where Students Come First"

350 Mauna Loa Ave.• Glendora, California 91740 • (626) 852-4550• Fax (626) 852-4519

**Mr. Ron Letourneau**
**Principal**

To Whom It May Concern,

I had the pleasure of working with Hunter Ehmke as his case carrier and teacher for two years while he was a student at Whitcomb High School. Hunter was a very bright and intelligent student who excelled in many of his classes in school. Hunter is smart, sincere and easy to get along with. He was a good friend to his peers and was always very mature in a classroom setting. His attitude towards adults and peers was always very respectful. Hunter is a very good listener and stays focused and on task when given instruction. Hunter was a great independent learner and thinker. He often preferred to work alone and rarely needed to be redirected.

If you have any questions regarding Hunter, please feel free to contact me at any time.

Sincerely,


Scott Garrison
Whitcomb High School

April 8, 2022

Honorable Judge Tanya S. Chutkan
The U.S. District Court for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 2001

Your Honor:

My name is Pierrette Ehmke, Hunter's Grandma.  I'm writing this letter to offer a more complete picture of who Hunter is, as a young person.  He made this poor choice which was completely out of character from anything that I've ever seen in him.  He has mentioned that the large crowd was yelling and encouraging him "are you just going to stand there and watch or are you going to do something?". Rest assured that he didn't go there with those intentions, far from that, he went there with the great interest and excitement to visit and take great pictures white experiencing the history of Washington D.C.

Grandpa and I had Hunter and his two boy cousins spending the weekend numerous times at our house or on our camping outings. They always had a blast together and never a squabble.  We did this since they were able to walk.  Hunter is a very mellow young man of few words.  All his friends always enjoyed him as much as his two sisters and family.  Hunter was more of a loner but at the same time he would be willing to participate in sports and some school activities.
He never displayed violence of any kind or bullying anybody.  Hunter has a good heart; I never knew him to hurt people's feelings by his words or his actions. Since I am a widower now, Hunter is always there and ready to help me at any time, I am very proud of him.

For the past sixteen months, Hunter has been very respectful in following all  his probation restrictions. It has been a very difficult time in many aspects, one of them was to not be active with his friend's events, also family gatherings out of town. Watching his limitations at such a young age when he should be exploring the world, which is his interests, has been punishment already.

I am requesting leniency in consideration of Hunter's exemplary history and good behavior which I can account for since his birth.

I thank you, and the court. I am available to confirm the facts in this letter as necessary.

Respectfully,
Pierrette Ehmke



Jan 4th, 2022

Honorable Judge Tanya S. Chutkan
The U.S. District Court for the District of Columbia
333 Constitution Ave N.W.
Washington D.C. 2001

Your Judge Tanya Chutkan,

It is my privilege to write to you about Hunter Ehmke. I met him when he was 3 years old and my son was 3 years old, at the same preschool. Our families have been intertwined ever since, 18 years now. Hunter has always held a soft spot in my heart, with his big, deep eyes, full of soul. He is mostly a spectator, always questioning how the world works, often in silence yet evident in those eyes. What is life and how does one fit? He's unique and special, and complicated with a drive to debate in a spirited conversation about large topics. He is caring, quiet, polite, introspective and yet opinionated and insightful.

Since successfully graduating from high school, Hunter has been in the "University of Life" taking a gap year to live and learn in various locations including work/trade opportunities in Costa Rica, Cuba, Seattle, Oregon, and ultimately, Washington DC on January 6, 2020. All of these experiences have shaped a very young man facing adulthood, exploring, allowing time and various experiences to develop his self, his identity.

This past year undoubtedly is instrumental in how he has learned to face maturity, responsibility along with his continued passion for humanity, philosophy, justice, and our American systems of living. Balancing freedom and watching as he finds his way to living productively in society has been inspirational, and an exercise in Faith. Continued faith and deep knowledge that he is a good person, destined to great things. May God be with us all.

Sincerely,
Julie Occhiato

Dear Your Honor Judge Tanya Chutkan,

Hunter is my great nephew and I love him very much. I would like to give you my perspective, Hunter is shy and very quiet but always brings joy and smiles when we are together.  So, this whole event is out of character for him and as a young man I know this won't define his future.

Since the insurrection, Hunter has been punished everyday with anklet monitoring bracelets and other restrictions. He has obeyed and followed through with his restrictions and punishments respectfully.

Hunter continues his online study and doing volunteer work at the Shepard's Pantry in Glendora.  He is always willing to help me since I am alone and his grandparent. He also helps at his family business lots of the time.

Hunter is a very good person, sometimes emotions can get taken over by a pressurizing crowd that is screaming to do something.  In a second, a young person can be coaxed in taking part of something out of character and that he never intended or planned to do such a thing as breaking some panes of the window.

He is loved by all his family and many friends. We all pray for leniency.


With respect,

Helen Blue

**STRINGKING**

19100 S Vermont Ave
Gardena CA 90248

Dear Sir/Madame, to whom it may concern surrounding the character of Hunter Ehmke,

I had the pleasure of tutoring Hunter in preparation for his GED back in 2018. He's a thoughtful, honest, and honorable person with an innate curiosity towards life, and the discovery of its meaning. And I would be remiss to say the truth, that he's a very cherished young man in his family, and his extended family, among the local community in Glendora, and among his friends.

Hunter is a good man in the making.

Like every young man and woman in the making, he isn't perfect. Youth is prone to err. Of course, how else would we ever have learned?

As I stated previously, I enjoyed tutoring Hunter in preparation for his GED. He worked hard. I remember various afternoons it was raining, cold and gloomy outside. Hunter would sit and study at times for hours together. I'd even become a bit concerned at times - 'hey, it's okay to have a break, right?' Hunter would acknowledge the point with a soft but radiant smile, but then often want to press on. It was a small detail but left a mark on my evaluation of him as a student.

Please find it in your hearts to forgive this young man. I assure you that he will do good in this world. Every person has the duty to forge lessons in life, integrating experience into a more whole world view. I am confident Hunter will do good things because there is a lot of potential in his heart and mind. His family loves him and his friends and neighbors have great regard for him, as well.

I want to impress upon you this truth here, now. In my professional life I have worked across various professional education environments, for example, teaching academic English courses to Vietnamese students in an Australian university in Vietnam for almost a decade. I have also, more recently and up to the present day, worked as a Human Resources manager in a local manufacturer in Los Angeles. I present these facts before you to say that I am a 'people person'. It is has been my life's work to work with people, train, learn and practice protocols etc. I am a good judge of character. Before you sits a good and noble young man. I pray do not make the error in judgement of not giving him a chance to unfold and flower into the man he is already on his way in becoming.

Thank you for your thoughtful regard in reading up to this point.

If you have any further need for me to elaborate on Hunter's character, I leave my telephone contact details below.

Best,
Trevor Edmunds
HR Generalist

StringKing, Inc.

Page 1 of 1

Bob & Judy Kuhn


Your Honorable Judge Tanya Chutkan,

As the grandparents of Hunter Ehmke, we appreciate the opportunity to share our thoughts with you.

We have always been very close with Hunter and have blessed to have him living next door for the last sixteen years. He's always been very quiet and it's often painful to watch his shyness in groups and reluctance in wanting to be involved in school activities. We were very proud when he did join the swim team in high school.

Hunter was showing signs of depression with little or no interest in going to college after high school. One thing he really did have is an interest in travel. He was traveling and thoroughly enjoying learning to take care of himself while helping others at the same time. He did two tours with "The Leap, Gap your Mid-life, and corporate volunteering" web page theleap.co.uk

January 6th, 2021, Hunter was in Washington DC to personally witness history. His behavior was totally out of character from any behavior we have ever witnessed. The Hunter we know loves helping people and is always there helping us when we ask for or need it.

We have seen a more outgoing young man since this occurrence, along with intensive counseling, and we do believe this will change his path in life for the better. We also believe he has a better understanding that his choices impacted so many lives of those who know and love him.

We can only believe that his actions were the result of intimidation and instigation of outside people telling him "don't just stand there, do something." He told us he thought he was going to die and we only imagine the adrenaline running through his body at that time.

We have witnessed his maturing since this incident. He is taking college classes on-line with very good grades and has been working at a local food bank helping others.

There is NO questions Hunter is a very good person who made a very poor decision. With that said, we do not feel that he is the only young person who has made a poor choice and we are sure there is a valuable lesson to be learned.

We strongly believe Hunter will find his path in life and we have faith that he has learned a very valuable lesson during this time. We are hoping that he can get on with his life and have a future fulfilling his life's dreams.

We sincerely appreciate the opportunity to express our thoughts.
Respectfully,
Bob and Judy Kuhn, a.k.a. Nana and Papa

Nicole Kraake



April 5, 2022

Honorable Judge Tanya S. Chutkan
The U.S. District Court for the District of Columbia
333 Constitution
Avenue N.W. Washington D.C. 20001

Dear Honorable Judge Chutkan,

My name is Nicole Kraake and I have been friends with Hunter Ehmke's mother Lisa Ehmke (then Kuhn) since we were in college together in the n1990s at San Diego State University.  I have been a distant observer of Hunter Ehmke's ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉  I am a social studies teacher at Ridgecrest Intermediate School in the Palos Verdes Unified School District and have been an empathetic, connected, and respected teacher in my school since 1996.  Although I do not have credentials to diagnose any mental disabilities, I am very familiar with the physiological and emotional needs and challenges faced by adolescents. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ was manipulated by the angry and intent planners of this horrible Capital event, and was truly psychologically and emotionally manipulated by the propagandistic Insurrection leaders.

Through the years I have been a very close family friend and spent much time with Lisa in Glendora and with her parents Bob and Judy Kuhn.  Back in the 1990s, Bob Kuhn was the Mayor of Glendora and the Kuhn's have always been a loving, tight knit, inclusive, and generous of heart and supportive family.   I used to tease Lisa that going home with her to Glendora was like going to a small town- everyone was so kind, knew each other, and Bob and Judy Kuhn were in the center of this lovely community.   This background  is relevant to Hunter Ehmke's story as he was born to the most loving Mother I have ever known- in a family that has values at their core and in every interaction.  I believe that in order to properly understand how Hunter found himself at the Capital it is vital to understand who Hunter truly is at his core.

As a boy I remember Hunter was quiet and seemed troubled or upset often.  When we would get together with our boys similar in age, Lisa would be so appreciative that Hunter was able to find a playmate.  Then, by the end of the day Hunter would withdraw into his room and be unable to interact with the other kids.  I recall my son being sad and confused that his playmate had just withdrawn so suddenly.  Hunter was always a quiet boy, soft spoken and sweet -who always seemed overwhelmed by too much stimulus (in my observation).  Through the years, I shared my educational observations and Lisa broke down in tears.  As a 6th grader social studies teacher for 24 years in the Palos Verdes Unified School District, I had met a handful of children like Hunter, ███████████████████████████████████████████ ████████████████ I have done countless evaluations and student study team observations and input.  At any point, had Hunter been my student I would have been concerned with trying to help Hunter fit in and learn how to engage with his peers socially.  My observations made me feel sad as Hunter would try to play and fit in with the rest of the kids but just did not seem to have the tools to make a lasting connection.

As years passed Lisa would share with me her heavy heart in helping Hunter to find his people.  She would have small celebrations when he was able to speak to any of the family friends or come out of his room for a short time and engage with visitors. As he grew into  adolescents  Lisa  would confide in me about his temper tantrums, rigidity and his depression. She and the family (including grandparents who lived nextdoor with an adjoining fence to Hunter's home) were always there to give Hunter unconditional love, coaching and support.

By adolescence, Lisa was not able to get Hunter out of bed to go to school, she would come in every day sweetly coaxing him to get dressed, cleaned up and attend his classes.  The school system was tough for Hunter, he got through and enjoyed some of his studies but, in general school was a socially tough time where he fell into a further depression.  I cannot speak for how this was handled by the Ehmke's but I know that Lisa and I would talk for hours about her love for her son and her wanting to help him find joy in living.

Along the way (and excuse me if my timeline is off) she and the Ehmke's and Kuhns were so pleased when Hunter expressed he wanted to see the world.  He had struggled to find connections in highschool, and  It seemed traditional schooling did not work for Hunter.  Hunter began to express an interest in learning about the world, he became a seeker, philosophical and wanting to find what seemed I believe is to me, his purpose (my words).  So he traveled, and Lisa's voice would light up as she described a boy who, once awkward and able to find connections socially, was living in student experience housing and was learning how to surf and doing his part to help out with the programs collaborative goals of cleaning, cooking, and socializing.  It was a long awaited win.  This is when I recall a particular conversation with Lisa about Hunter that I believe speaks volumes to what happened at the Capital.  He found, for the first time,

acceptance, albeit the Ehmke's were paying for this experience.  For the first time it seemed he was thriving and feeling seen and safe and integral in a community outside of his own.  We talked for some time about how far he had come and this short-lived but great joy felt like a turning point to me as I listened to my dear friend and hoped and prayed for the very best for this sweet boy.

When Hunter went to Costa Rica and felt the basic human need of a group and being seen it seemed to give him hope for living.  He began to grow, slowly, and Lisa shared how hopeful she was.  Also, I have a son the same age as Hunter, and in my conversations with Liam, I realized (and we discussed) his immaturity or lack of social awareness.  She hoped he might be growing out of it as he was beginning to learn how to 'mingle' with the hosts he stayed with on his trips to Costa Rica and Peru.  So, Lisa and the Ehmke family spent their hard earned money to find adventures for her son, always making sure he had a place to go and programs or experiences.  He seemed good for a while, and I could sense Lisa's relief on the phone when she shared that it was going well and I hoped he was beginning to grow into socially typical behavior through his travels.

But, as much as Lisa and her family hoped for the best it was clear that Hunter still had much to learn about life.  Prior to the Capital during the quarantine, Lisa reached out to me to see if my son would travel with Hunter to Mexico as my child, a Cal Poly Slo Engineering student was considering moving while school went remote.  I am admitting for the first time, and I feel awful, but I did not encourage my son as much as I could have to take up Lisa's offer of even helping my son with some of the expenses I could not cover for the semester to study online from Mexico.  For me, I knew that although more typically a sophomore in highschool, my son Ethan is not strong enough to handle Hunter and provide the type of patience and support he would need. So, after briefly talking to Ethan,  I unfortunately had to ignore my friend's kind request.  It breaks my heart, but I knew then, what we know now, that Hunter needs a strong foundation of friends and family (or mentors) to begin to be happy and secure.  I was worried about my son Ethan  in all his own insecurities, especially with COVID shutting down his freshman year in the dorms, and did not think Ethan would be a good fit for what Hunter needed.  This is relevant to Hunter's trial regarding the capital in many ways.  One, Hunter is not a typical 19-20 year old boy.  In my professional opinion most adolescents and young adults were delayed in skills socially, emotionally, and intellectually due to the global pandemic.  I know you are too familiar with studies that back this up, but to call Hunter a man to me is to discount many factors that make this case very unique.  This boy has been struggling to find his way, and as the events unfolded I truly believe he was caught up in this as a victim of propaganda.

The next thing I knew, I found out from a friend up north that Hunter Ehkme was among those recorded and arrested at the Capital. I called Lisa immediately and was heartbroken for her and for her son Hunter to hear that it was indeed my friend's son. But, as I watched the video I instantly felt that Hunter had been caught up in the manipulation and in my opinion blatant lies that were repeated over and over with zest by the capital participants. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The Capital event was devastating to me as an American and as a social studies teacher I have heard the confusion and fear that my 6th graders had in discussing the event and how it even occurred. I am a rule follower, I am devoted to this country and to teaching citizenship to my students. I do not forgive the manipulative and angry men and women that planned with intent to make their anger heard. But, I swear on my lifelong dedication to this country, my students, and the community I serve that Hunter Ehmke is a victim of propaganda, manipulation, and was susceptible to crowd manipulation. Sadly, this is something I have seen often in my 25 years in middle school. Hunter went with his parents' blessing to the Capital, no one in his life would have suspected that the crowd would be that of anger, rage, and intense coercive persuasion. I feel empathy and deep sorrow that Hunter was at this event; knowing his vulnerability; his mother's constant planning for his experiences to be based in lessons that will help him understand humanity and the world; and his deep need to feel seen, heard, and included. This immature boy is a man only according to the age on his license, he is an adolescent who has the potential to learn and grow intensely from this life changing experience. Restorative justice is the best course of accountability for this child, his story is one that slips between the cracks in our schools and communities. I believe that Hunter will be able to grow from this. From my understanding this has been the most impactful and motivating experience of his life so far and has already had profound effects on his mental wellness.

In closing, Hunter was ravenous for the love and validation of a group and wanted to form relationships but lacked the tools to do so. His, what I view as, lack of ability to discern social cues and sheltered experiences of the world made him susceptible to the crowd manipulation. It is my fear that the prop·a·gan·dis·tic men and women that planned this event looked for young people like this, and he was caught in their manipulative play and use of intense, fear based emotional connections. I believe Hunter Ehmke went to the Capital and the Insurrection that occurred was not something he was emotionally able to deal with, and so, he was exploited by the angry and intent Insurrection organizers.

I believe deeply, to just be there to hear the President speak as it was again, Post Covid, and this was one of the big events happening in our world that had been closed for so long.  Although the family may be republican (I am not actually sure if this is even factual for all), this is a very neutral living, fiscally conservative family.  There has NEVER been a time where I heard anyone in the Kuhn or Ehmke family act boastful, racists, or even judgmental.  My college friends are a diverse mix of the political spectrum, and never ONCE did Lisa engage in any robust political banter and has never to my knowledge posted or represented anything that would be an extreme view or even republican.  The only reason I even knew she was republican was because in college we both volunteered for the Bush campaign but honestly those were the days where it was all about capitalism and Laissez Faire, both Lisa and her Husband Aaaron are small business owners.  Fiscally conservative, or a Colin Powell republican, would be how I would describe ANY opinion I have ever known of this family politically.  As a moderate educator I am very sensitive to extreme views of any kind and I can assure you that Hunter's actions on the day of the capital were simply being in the group, part of something, and truly propaganda.

He is a boy that wanted so badly to feel part of something, and always traveled solo. He was there alone, and knowing how impossible it is for him to make connections it makes me so sad to think of the manipulative conversations he was privy to standing in that enraged crowd that day. ████████████████████████████████████
████████████████████████████████ ████████████████████.

Teaching history, I linked this to the propaganda of my horrible historical situations. When a lie is repeated enough times and you are brought into it - there is history that shows it takes strength of character and deep values to overcome what the masses are pushing especially with such strong emotion.

In this case, I have never seen a time where Hunter was able to make a decision without the help of his mother to benefit him.  I am not with him so I'm sure there are events, but in my view all of the success I have heard about was orchestrated at least in part by Lisa setting up an environment for Hunter to meet the right people and be surrounded by people that Lisa knew were empathetic, and good.

When her son wanted to go see the President speak, she thought it was a good thing. Another trip, and no one could have predicted the turn of events that would occur that day.  THERE IS NO ONE IN OUR social group that would EVER encourage the hate and anger of the capital events.  The Ehmke's and Kuhns are model citizens and having a child take an interest in political events and government (I say this as a history teacher) should not have been a red flag for the family. HAD she or any of the Ehmke's known people like those that drove the mob of hate, she would never have allowed her son to go, nor do I believe that Hunter would have any interest.  Again he is shy, does not like crowds and in general is NOT a social or collaborative type of guy.

Perhaps it was the first time he felt an urge to be a part of something AS HE WAS MANIPULATED by the propaganda of the group mob and mentality.

HE was a victim and still is of the hate that bred this horrible day. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ e did not look like a man in the news reel, he looked like a 6th grader boy hanging out with the "bad" 8th graders caught on our surveillance cameras at school.

Please, I beg of you, empower this young man to be a light of restorative justice and serve as an example that law is not a one size fits all system. He can be the change we wish to see for young men needing to find their way in life, he will be supported in this growth by his loving family and a healthy and value based community. Your empathy at seeing this as it is will change the world and with all the hate of the Insurrection seeing at least something planted that will grow into light and love is to me a hidden gem.

Sincerely and Gratefully,

Nicole Kraake, MA.Ed